| | Fill in this information to identify the case: |
|---|---|
| Debtor 1 | Christopher Leslie Milam |
| Debtor 2 | Brandis LaVonne Milam |
| United States Bankruptcy Court for the: | District of Kansas |
| Case Number | 17-41268 |

Official Form 4100R
# Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 1272

**Property address:** 209E 5TH STREET
WASHINGTON, KS 66968

## Part 2: Prepetition Default Payments

*Check one*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining as of the date of this response is: $

## Part 3: Postpetition Mortgage Payments

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 08/01/2022
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current with all postpetition payments consistent with § 1322(b)(5) of of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. Total postpetition ongoing payments due | (a) | $ |
| b. Total fees, charges, expenses, escrow, and costs outstanding. | (b) | $ |
| c. **Total.** Add lines | (c) | $0.00 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 
MM / DD / YYYY

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5 | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Christopher K. Baxter                        Date: July 28, 2022

Print: Christopher K. Baxter
       First Name   Middle Name   Last Name

Title: Attorney for the Creditor

Company: Marinosci Law Group, P.C.

Address: 14643 Dallas Parkway, Ste 750
         Number        Street
         Dallas, TX 75254
         City         State     ZIP Code

Contact phone: 501-663-6200        Email: BKinquiries@mlg-defaultlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served on the Debtor via United States Mail at the address listed on PACER, and to the Debtor's attorney, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice via CM/ECF on July 28, 2022.

Brandis LaVonne Milam
209 East 5th
Washington, KS 66968

Christopher Leslie Milam
209 East 5th
Washington, KS 66968

                                                Marinosci Law Group, P.C.
                                                /s/ *Christopher K. Baxter*
                                                Email: BKinquiries@mlg-defaultlaw.com
                                                ATTORNEYS FOR CREDITOR